IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| SRA INSURANCE AGENCY, LLC, | Case No. 2:23-cv-1012 |
| Plaintiff, | |
| vs. | **JOINT MOTION TO ENTER AGREED PERMANENT INJUNCTION AND AGREED ORDER OF DISMISSAL** |
| DWIGHT PATRICK HETTINGER, JR. and THE PALADIN GROUP | |
| Defendants. | |

Plaintiff SRA Insurance Agency, LLC, Defendant Dwight Patrick Hettinger, Jr., and Defendant The Paladin Group, by their respective counsel, having agreed to the terms of the attached Agreed Permanent Injunction and Agreed Order of Dismissal, hereby respectfully move the Court to enter the Agreed Permanent Injunction and Agreed Order of Dismissal, dismissing this matter with prejudice, with each Party to bear its own attorneys' fees.

Dated: December 19, 2023.

| **BEECHER, FIELD, WALKER, MORRIS, HOFFMAN & JOHNSON, P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| */s/ Lynn M. Smith* | */s/ Christine Bestor Townsend* |
| Lynn M. Smith  (AT0007374) | Christine Bestor Townsend (AT0012175) |
| 620 Lafayette Street, Suite 300 | 1243 N. 10th Street, Suite 200 |
| Waterloo, IA  50704 | Milwaukee, WI  53205 |
| (319) 234-1766 | (414) 239-6413 |
| (319) 234-1225 (fax) | (414) 755-8289 (fax) |
| lsmith@beecherlaw.com | Christine.townsend@ogletree.com |
| | |
| Attorney for Defendant The Paladin Group | Todd J. Kaiser (admitted pro hac vice) |
| | Sarah A. Mindes (admitted pro hac vice) |
| | 300 N. Meridian Street, Suite 2700 |
| | Indianapolis, IN  46204 |
| | Telephone:  317-916-2155 |
| | todd.kaiser@ogletree.com |
| | sarah.mindes@ogletree.com |

| | |
|---|---|
| **DANIELS, HINES, KALKHOFF, COOK & SWANSON, P.L.D.**<br><br>*/s/ John J. Hines*<br>John J. Hines (AT0003514)<br>1205 Technology Parkway<br>Cedar Falls, IA 50613<br>Telephone: 319- 260-4471<br>jhines@duttonfirm.com<br><br>Attorney for Defendant<br>Dwight Hettinger, Jr. | Attorneys for Plaintiff<br>SRA Insurance Agency, LLC |

## PROOF OF SERVICE

The undersigned certifies the foregoing instrument was served upon the parties to this action by serving a copy upon each of the parties listed below on December 19, 2023 by:

| | |
|---|---|
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivered | ☐ Electronic Mail |
| ☐ FedEx/ Overnight Carrier | ☒ CM/ECF |

John J. Hines
Daniels, Hines, Kalkhoff
Cook & Swanson, P.L.C.
1205 Technology Parkway
Cedar Falls, IA  50613
jhines@duttonfirm.com
*Counsel for Defendant Dwight Hettinger*

Lynn M. Smith
Beecher, Field, Walker, Morris
Hoffman & Johnson, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
lsmith@beecherlaw.com
*Counsel for Defendant The Paladin Group*

*/s/ Christine Bestor Townsend*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.